**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000660
26-MAY-2020
09:59 AM**

NO. CAAP-19-0000660

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
JULIA MARIE SCRIVEN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 5CPC-18-0000089)

ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF THE APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the Stipulation for Voluntary Dismissal of the Appeal, filed May 19, 2020, by Defendant-Appellant Julia Scriven (Scriven), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) attached to the stipulation is Scriven's declaration showing she understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP)

Rule 42(c); and (5) because the appeal has been docketed, dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 26, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge